ACCEPTED
05-17-00910-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 4:59 PM
LISA MATZ
CLERK

**IN THE COURT OF APPEALS**
**FOR THE FIFTH DISTRICT**
**DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 4:59:19 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **ANGEL RICARDO RAZO** | § | |
| | § | |
| **VS.** | § | **NO. 05-17-00910-CR** |
| | § | |
| **THE STATE OF TEXAS** | § | |

## THIRD MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **ANGEL RICARDO RAZO**, Appellant in the above-entitled and numbered cause, pursuant to Tex. R. App. Proc. 38.6 (d) and 10.5 (b), and submits this Motion requesting that Appellant be granted an additional fourteen (14) days to February 13, 2018 in which to file the Appellant's Brief, and in support would show the Honorable Court the following:

**I.**

The cause styled "State of Texas vs. **ANGEL RICARDO RAZO**", Cause No. F13-60370-L, was tried in Criminal District Court No. 5, Dallas County, Texas, and at the conclusion of the trial the Defendant was found guilty of the offense of continuous sexual abuse of a child and punishment was assessed at thirty-eight (38) years confinement in the Texas Department of Corrections, Institutional Division. Notice of Appeal was timely filed.

**II.**

Appellant's brief was initially due to be filed on December 4, 2017. Appellant previously requested a forty-five (45) day extension and was granted a thirty (30) day extension of time until December 31, 2017and a thirty (30) day extension of time until January 30, 2018, for the filing of

THIRD MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF - Page 1

the Appellant's Brief. Appellant is now requesting an additional fourteen (14) days until February 13, 2018 to complete and file the Appellant's Brief.

## III.

Granting an additional fourteen (14) day extension for filing Appellant's Brief will enable counsel to adequately present the issues to be raised in this appeal. Counsel for Appellant was in a jury trial in Cleveland County, Oklahoma in cause styled "State of Oklahoma vs. Jason Diamond", cause no. CF-16-1452 for the charge of Manslaughter First Degree on January 16, 2018 for pretrial conference and jury trial January 22, 2018 through January 26, 2018. Counsel for Appellant is also currently in the process of moving his entire law practice and needs additional time to prepare this appeal.

## IV.

The Appellant has been diligently pursuing this appeal and is not seeking this extension for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be in all things granted.

Respectfully submitted,

**/s/WILLIAM A. BRATTON III**
**WILLIAM A. BRATTON III**
2828 Routh, Suite 675-LB10
Dallas, Texas 75201
(214) 871-1133
(214) 871-0620 (fax)
State Bar No. 02916300
Email – bill@brattonlaw.com
ATTORNEY FOR APPELLANT